[No. 23709-1-II.  Division Two.  December 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON DUANE CONATZER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02140-5, Grant L. Anderson, J., entered July 23, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 23725-3-II.  Division Two.  December 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS LUTHER WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-01458-1, Frederick W. Fleming, J., entered August 31, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 23729-6-II.  Division Two.  December 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN L. COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 98-1-00089-7, Joel M. Penoyar, J., entered August 28, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 23734-2-II.  Division Two.  December 17, 1999.]

FIRST HEALTHCARE CORPORATION, ET AL., *Respondents*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-00470-8, Gary Tabor, J., entered August 14, 1998. *Reversed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Hunt, JJ.